IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO and THERESE :
SAMMARTINO, his wife :
1604 Dennis Avenue :
Silver Spring, MD  20902 :
 :
     Plaintiffs, :
 :
  v. : Civil Action No.
 :
AC & R INSULATION CO., INC. :
Serve:  Geoffrey S. Gavett, Esq. :
   Gavett & Datt :
   15850 Crabbs Branch Way, #180 :
   Rockville, MD  20855 :
 :
A.W. CHESTERTON, CO. :
Serve:  President :
   Rte. 93, Middlesex Industrial Park :
   Stoneham, MA  02180 :
 :
BALTIMORE AIRCOIL COMPANY, INC. :
Serve:  The Corporation Trust, Inc. :
   300 E. Lombard Street :
   Baltimore, MD  21202 :
 :
CERTAINTEED CORP. (Individually and as :
successor to Keasbey & Mattison :
Company's Asbestos Cement Pipe Division) :
Serve:  President :
   P. O. Box 860 :
   750 East Swedesford Road :
   Valley Forge, PA  19482 :
 :
GARLOCK, INC. :
Serve:  President :
   1666 Division Street :
   Palmyra, NY  14522 :

KRAFFT-MURPHY COMPANY (and as successor :
to National Asbestos Co.)                    :
Serve:  Neil MacDonald, Esq.                 :
        Hartel, Kane, DeSantis,              :
          MacDonald & Howie, LLP             :
        Calverton Office Park                :
        11720 Beltsville Drive, Ste. 500     :
        Beltsville, MD  20705                :
                                             :
METROPOLITAN LIFE INSURANCE, CO.             :
Serve:  President/CEO                        :
        1 Madison Avenue                     :
        New York, NY  10010                  :
                                             :
NOLAND CO.                                   :
Serve:  Arthur P. Henderson, Jr.             :
        2700 Warwick Boulevard               :
        Newport News, VA  23607              :
                                             :
OWENS ILLINOIS, INCORPORATED                 :
Serve:  President/CEO                        :
        One Seagate                          :
        Toledo, OH  43666                    :
                                             :
RAPID AMERICAN CORP.                         :
Successor in interest to the                 :
Phillip Carey Corp.                          :
Serve:  CSC                                  :
        2711 Centerville Road, Suite 400     :
        Wilmington, DE  19808                :
                                             :
THOS. SOMERVILLE CO.                         :
Serve:  President                            :
        Thos. Somerville Co.                 :
        4900 6th Street, N.E.                :
        Washington, D.C.  20017              :
                                             :
THE WALTER CAMPBELL COMPANY, INC.            :
Serve:  Michael C. Gibbons                   :
        361 Berkshire Drive                  :
        Riva, MD  21140                      :
                                             :

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant Krafft-Murphy Company, one of the Defendants herein, certify that to the best of my knowledge and belief, Krafft-Murphy has no parent companies, subsidiaries, or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully Submitted,

/s/ Neil J. MacDonald
Neil J. MacDonald, Esquire
Bar No. 433699
HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
11720 Beltsville Drive, Suite 500
Beltsville, MD 20705
Phone: (301) 486-1200
Fax: (301) 486-0935

Attorneys for Defendant
KRAFFT-MURPHY COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2008, I caused a true and correct copy of the foregoing Certificate Under LCvR 7.1 to be served via first-class mail, postage prepaid, upon the following counsel of record:.

/s/ Neil J. MacDonald
Neil J. MacDonald