IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action: 1:08-cv-00967-RJL |
| AC & R INSULATION CO., INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT, on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania ["Asbestos MDL Court"] for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991) (*cited in Docket No. 875, Before the Judicial Panel on Multidistrict Litigation, In re Asbestos products Liability Litigation (No. VI)*, *Conditional Transfer Order* (CTO-275)).  That order also applies to "tag-along-actions," or actions pending in a district court and involving common questions of fact with actions previously transferred under 28 U.S.C. § 1407. *See* Rule 1.1, *Rules of Procedure of the Judicial Panel on Multidistrict Litigation* ["R.P.J.P.M.L."], 199 F.R.D. 425.  Further, Rule 7.5(e) of R.P.J.P.M.L. provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned counsel hereby notifies the Court that this is a potential "tag-along action," which may be subject to transfer to the Asbestos MDL Court. In fulfillment of the requirements of Rule 7.5(e) of R.P.J.P.M.L., the undersigned will send a true and correct copy of this Notice of Tag-Along Action this same day to the Clerk of the Panel via certified mail. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to Rule 7.4(a) of R.P.J.P.M.L., or (2) file an order to show cause why the action should not be transferred, pursuant to Rule 7.3(a) of R.P.J.P.M.L.

Respectfully Submitted,

HARTEL, KANE, DESANTIS,
MACDONALD, & HOWIE, LLP


 /s/ Neil J. MacDonald
Neil J. MacDonald, Esq.
Bar No. 433699
11720 Beltsville Drive, Suite 500
Beltsville, MD 20705
Phone: (301)486-1200
Facsimile: (301) 486-0935
nmacdonald@hartelkane.com

Attorneys for Defendant
KRAFFT-MURPHY COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of June, 2008, the foregoing Notice of Tag-Along Action was electronically filed via CM/ECF, in accordance with the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Maryland and served on all counsel of record, and a true and correct copy of the foregoing Notice of Tag-Along Action was mailed via first class mail, postage prepaid, to the following parties:

Daniel A. Brown , Esquire
BROWN & GOULD, LLP
7700 Old Georgetown Rd., Suite 500
Bethesda, Maryland 20814
(301) 718-4548
*Attorney for Plaintiffs*

Katherine S. Duyer, Esquire
Gavett & Datt, P.C.
15850 Crabbs Branch Way,
Suite 180
Rockville, MD 20855
*Attorneys for Defendant*
*AC&R Insulation Co., Inc.*

Keith R. Truffer, Esquire
Royston, Mueller, McLean & Reid
The Royston Building, #600
102 W. Pennsylvania Avenue
Towson, MD 21204
*Attorneys for Defendant*
*A.W. Chesterton Company*

Neil J. MacDonald, Esquire
Hartel, Kane, DeSantis, MacDonald & Howie
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705
*Attorneys for Defendant*
*Baltimore Aircoil Company, Inc.*

Vince J. Palmiotto, Esquire
Robin Silver, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202
*Attorneys for CertainTeed Corporation*

Thomas P. Bernier, Esquire
Michelle Daugherty Siri, Esquire
Segal, McCambridge, Singer & Mahoney
One N. Charles Street
Suite 2500
Baltimore, MD 21201
*Attorneys for Defendant*
*Garlock Sealing Technologies, LLC*

Xan K. DeMarinis, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, NW
Washington, DC 20036
*Attorneys for Defendant*
*Metropolitan Life Insurance Company*

Scott Phillips, Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201
*Attorneys for Defendant*
*Noland Company*

Steven A. Luxton, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Defendant*
*Owens-Illinois, Inc.*

Ted Roberts, Esquire
Brian Zemil, Esquire
Venable LLP
210 Allegheny Avenue
Towson, MD 21285
*Attorneys for Defendant*
*Rapid American Corporation*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street
26th Floor
Baltimore, MD 21202
*Attorneys for Thos. Somerville Co.*

Richard Flax, Esquire
29 W. Susquehanna Avenue
Suite 500
Baltimore, MD 21204
*Attorneys for Defendant*
*Walter E. Campbell Co.*


and a true and correct copy of the foregoing Notice of Tag-Along Action, was mailed, via certified mail, postage prepaid, to:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004


                              */s/ Neil J. MacDonald*
                              Neil J. MacDonald
                              Bar No. 433699