UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 08 0967 (RJL) |
| AC&R INSULATION CO., INC., *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel of record for Defendant, Noland Company, in this matter.

Respectfully submitted,

/s/ *Scott H. Phillips*
Scott H. Phillips, #453192
Semmes, Bowen & Semmes
25 South Charles Street
Baltimore, Maryland 21201
(410) 539-5040

*Counsel for Noland Company*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2008 a copy of Noland Company's Entry of Appearance of counsel was filed and served electronically on all counsel of record.

/s/ *Scott H. Phillips*
Scott H. Phillips

B0808963.WPD