UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Armando Sammartino, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION |
| v. ) | CASE NO.: 1:08-cv-00967 |
| ) | |
| A C & R Insulation Co., Inc., et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

GARLOCK SEALING TECHNOLOGIES, LLC'S CERTIFICATE OF CORPORATE DISCLOSURE AS REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Garlock Sealing Technologies, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Garlock Sealing Technologies, LLC which have any outstanding securities in the hands of the public:

Coltech Industries

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*/s/ Thomas P. Bernier*
Thomas P. Bernier
D.C. Bar Number 396117
Segal McCambridge Singer & Mahoney, Ltd.
One North Charles Street
Suite 2500
Baltimore, MD  21201
Telephone:  410-779-3960
Facsimile:  410-779-3967
Counsel for Defendant
Garlock Sealing Technologies LLC

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 17, 2008 a true and correct copy of the foregoing **Garlock Sealing Technologies, LLC's Disclosure Pursuant to Local Rule** was served electronically via the Court's CM/ECF system (or, to the extent such service could not be accomplished because the recipients are not yet registered for electronic service, via first-class U.S. Mail, postage prepaid) to all known counsel.

                                       */s/ Thomas P. Bernier*
                                       Thomas P. Bernier