# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ARMANDO A. SAMMARTINO, et. al.,**   \*

       **Plaintiffs**   \*   **Civil No. 1:08-CV-0967-RJL**

**vs.**   \*

**A.C. & R. INSULATION CO., INC., et. al.,**

       \*

       **Defendants**

       \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE OF THOS. SOMERVILLE CO.

Please enter the appearance of Jaime W. Luse as the counsel of record for Thos. Somerville Co. in the above-referenced action.

       /s/ *Jaime W. Luse*_____
       Jaime W. Luse (501944)
       Tydings & Rosenberg LLP
       100 East Pratt Street, 26th Floor
       Baltimore, MD  21202
       (410) 752-9700
       jluse@tydingslaw.com

       Attorneys for Defendant Thos. Somerville Co.

<u>Dated</u>: June 18, 2008

#869682v.1