UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 08 0967 (RJL) |
| AC&R INSULATION CO., INC., *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 7.1 DISCLOSURE STATEMENT OF NOLAND COMPANY**

I, the undersigned counsel of record for Noland Company, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Noland Company which have any outstanding securities in the hands of the public.

This representation is made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ *Scott H. Phillips*
Scott H. Phillips, #453192
Semmes, Bowen & Semmes
25 South Charles Street
Baltimore, Maryland 21201
(410) 539-5040

*Counsel for Noland Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2008 the foregoing was electronically filed and served on all counsel of record.

/s/ *Scott H. Phillips*
Scott H. Phillips

B0810917.WPD