IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO et ux.         :

    Plaintiffs                                              :

v.                                                             : Civil Action No.:  1:08-CV-00967-RJL

AC & R INSULATION CO., INC., et al.       :

    Defendants                                          :

### NOTICE OF APPEARANCE

Please enter the appearance of Richard L. Flax, Law Offices of Richard L. Flax, LLC , 29 West Susquehanna Avenue, Suite 500, Baltimore, Maryland  21204, on behalf of Defendant, Walter E. Campbell Company, Inc.

    /S/  Richard Flax_____
Richard L. Flax  #419229
Law Offices of Richard L. Flax, LLC
Suite 500
29 West Susquehanna Avenue
Baltimore, Maryland  21204
Telephone: (410) 561-6451
Facsimile: (443) 927-8916
E-mail:  richard.flax@zgf-law.com

Attorney for Defendant,
Walter E. Campbell Company, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2008, a copy of the foregoing was served by electronic submission via CM/ECF upon all counsel of record.

    /S/  Richard Flax_____
Richard L. Flax