IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO et ux.        :

    Plaintiffs        :

v.        :Civil Case No.:  08cv967 (RJL)

AC & R INSULATION CO., INC., et al.        :

    Defendants        :

### LCvR 7.1 CERTIFICATE

I, the undersigned counsel of record for Defendant, Walter E. Campbell Company, Inc., certify that to the best of my knowledge and belief that Walter E. Campbell Company, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

    Respectfully submitted,

    __/S/_ Richard Flax_____
    Richard L. Flax  #419229
    Law Offices of Richard L. Flax, LLC
    Suite 500
    29 West Susquehanna Avenue
    Baltimore, Maryland  21204
    Telephone: (410) 561-6451
    Facsimile: (443) 927-8916
    E-mail: richard.flax@zgf-law.com

    Attorney for Defendant,
    Walter E. Campbell Company, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of June, a copy of the foregoing was served by electronic submission via CM/ECF upon all counsel of record.

                                              /S/  Richard Flax_____
                                          Richard L. Flax