IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARMANDO A. SAMMARTINO and THERESE SAMMARTINO,<br><br>    Plaintiffs,<br><br>v.<br><br>AC&R INSULATION CO., INC., et al.,<br><br>    Defendants. | Civil Action No:<br>1:08-CV-00967-RJL |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven A. Luxton and Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004, on behalf of the Defendant Owens-Illinois, Inc.

Respectfully submitted,

*/s/ Steven A. Luxton*
Steven A. Luxton
D.C. Bar No. 470468
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5452

ATTORNEYS FOR DEFENDANT
OWENS-ILLINOIS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of July, 2008, a copy of the foregoing was served by electronic submission via CM/ECF upon all counsel of record.

*/s/ Steven A. Luxton*
Steven A. Luxton

DB1/61997749.1