**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARMANDO A. SAMMARTINO, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:08-CV-00967-RJL |
| AC&R INSULATION CO., INC., *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Katherine S. Duyer, Gavett and Datt, P.C., 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20855, on behalf of Defendant AC&R Insulation Co., Inc.

Respectfully submitted,

GAVETT AND DATT, P.C.

*/s/ Genevieve G. Marshall*
Geoffrey S. Gavett
Federal Bar Number 01997
Katherine S. Duyer
Federal Bar Number 03045
Genevieve G. Marshall
Federal Bar Number 27591
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855-2622
(301) 948-1177
*gmarshall@gavettdatt.com*
**Counsel for AC&R Insulation Co., Inc.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of July, 2008, a true and correct copy of the foregoing AC&R Insulation Co., Inc.'s Notice of Appearance was served electronically via the Court's CM/ECF system to all known counsel.

                                                                   /s/  Genevieve G. Marshall

L:\03.000\3-02292\pleadings\notice of appearance.wpd