**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARMANDO A. SAMMARTINO, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:08-CV-00967-RJL |
| AC&R INSULATION CO., INC., *et al.*, | |
| Defendants. | |

### AC&R INSULATION CO., INC.'S
### LCvR 7.1 CERTIFICATE

Certificate required by LCvR7.1 of the Rules of the United States District Court for the District of Columbia:

We, the undersigned, counsel of record for AC&R Insulation Co., Inc. certify that to the best of our knowledge and belief, AC&R Insulation Co., Inc. has no parent or affiliate relationships.

Nationwide Indemnity Co., Arrowpoint Capital Corp., CNA Insurance, PMA Insurance Group, Resolute Management, Inc., and Travelers are insurance companies which have a financial interest in the outcome of the litigation in that they have a potential obligation to indemnify AC&R Insulation Co., Inc.

These representations are made in order that judges of the court may determine the need for recusal.

Respectfully submitted,

GAVETT AND DATT, P.C.


*/s/  Genevieve G. Marshall*
Geoffrey S. Gavett
Federal Bar Number 01997
Katherine S. Duyer
Federal Bar Number 03045
Genevieve G. Marshall
Federal Bar Number 27591
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855-2622
(301) 948-1177
*gmarshall@gavettdatt.com*
**Counsel for AC&R Insulation Co., Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2008, a true and correct copy of the foregoing AC&R Insulation Co., Inc.'s Disclosure Pursuant to LCvR 7.1 was served electronically via the Court's CM/ECF system to all known counsel.


*/s/  Genevieve G. Marshall*

L:\03.000\3-02292\pleadings\disclosure and adoption.wpd