UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARMANDO A. SAMMARTINO and THERESE SAMMARTINO<br><br>Plaintiffs,<br><br>v.<br><br>AC&R INSULATION CO., INC. et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 0967 RJL<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCE
(JOHN A. MCCAULEY)

John A. McCauley will be serving as attorney-of-record for Defendant RAPID-AMERICAN CORPORATION in this action. Mr. McCauley is a member of this Court in good standing, and partner in the firm of Venable, LLP. Mr. McCauley has served as lead counsel in this Court and the Circuit Court for Baltimore City, Maryland in contested jury trials.

Respectfully submitted,

/s/ John A. McCauley
John A. McCauley
Bar No. 05031
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorney for Defendant,
Rapid-American Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2008, a true and correct copy of the foregoing Entry of Appearance was served electronically via the Court's CM/ECF system to all counsel of record.

/s/ *John A. McCauley*
John A. McCauley