UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO and )
THERESE SAMMARTINO )
)
)
Plaintiffs, )
) Civil Action No. 08 0967 RJL
v. )
)
AC&R INSULATION CO., INC. et al. )
)
Defendants. )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, undersigned, counsel of record for Rapid-American Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries of affiliates of Rapid-American Corporation which may have outstanding securities in the hands of the public.

1. Riklis Family Corporation
2. Rapid-American Menswear
3. McCrory Corporation
4. Rapid Distribution Service, Inc.
5. J.J. Newberry Co.
6. McCrory Acquisition Corp.
7. J.J. Newberry Canadian Ltd.
8. T.G.&Y. Holdings, Inc.
9. T.G.&Y. Stores Co.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ John A. McCauley
John A. McCauley
Bar No. 05031
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorney for Defendant,*
*Rapid-American Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2008, a true and correct copy of the foregoing Disclosure of Corporate Affiliations and Financial Interest was served electronically via the Court's CM/ECF system to all counsel of record.

/s/ John A. McCauley
John A. McCauley