IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ARMANDO A. SAMMARTINO, et. al.,**   \*

        **Plaintiffs**   \*   **Civil No. 1:08-CV-0967-RJL**

   **vs.**   \*

**A.C. & R. INSULATION CO., INC., et. al.,**

       \*
       **Defendants**
       \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

**RULE 7.1 DISCLOSURE STATEMENT OF THOS. SOMERVILLE CO.**

Thos. Somerville Co., one of the Defendants herein, by and through its attorneys, Jaime W. Luse and Tydings & Rosenberg LLP, pursuant to Local Rule 7.1(a) states:

Thos. Somerville Co. is a Delaware Corporation. Thos. Somerville Co. is not a subsidiary or affiliate of any other corporation. No publicly held corporation owns 10% or more of Thos. Somerville Co.'s stock.

These representations are made so that the judges of this court may determine the need for recusal.

Dated: 7/18/08
                /s/ *Jaime W. Luse*
                Jaime W. Luse (D.C. Bar No. 501944)
                Tydings & Rosenberg  LLP
                100 East Pratt Street, 26th Floor
                Baltimore, MD  21202
                (410) 752-9700
                jluse@tydingslaw.com

                Attorneys for Defendant Thos. Somerville Co.