IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action: 1:08-cv-00967-RJL |
| AC & R INSULATION CO., INC., *et al.*, | * | |
| Defendants. | * | |

\* * * * * * * * * * * * *

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Neil J. MacDonald and Hartel, Kane, DeSantis, MacDonald, and Howie, LLP, as counsel in this case for Defendant Baltimore AirCoil Company, Inc.

                                                                                   Respectfully Submitted,

                                                                                 /s/ Neil J. MacDonald
                                                                                  Neil J. MacDonald, Esquire
                                                                                  Bar No. 433699
                                                                                  HARTEL, KANE, DeSANTIS,
                                                                                  MacDONALD & HOWIE, LLP
                                                                                  11720 Beltsville Drive, Suite 500
                                                                                  Beltsville, MD 20705
                                                                                  Phone: (301) 486-1200
                                                                                  Fax: (301) 486-0935

                                                                                  Attorneys for Defendant
                                                                                  BALTIMORE AIRCOIL COMPANY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2008, I caused a true and correct copy of the foregoing to be electronically filed and served upon the following counsel of record.

                                                  */s/ Neil J. MacDonald*
                                                  Neil J. Macdonald