### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action: 1:08-cv-00967-RJL |
| AC & R INSULATION CO., INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Defendant Baltimore AirCoil Company, Inc., one of the Defendants herein, certify that to the best of my knowledge and belief, Armconstruct Corporation, a subsidiary of Amsted Industries Incorporated, is the parent company of Baltimore AirCoil Company, Inc.  None of these entities have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully Submitted,

/s/ Neil J. MacDonald
Neil J. MacDonald, Esquire
Bar No. 433699
HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
11720 Beltsville Drive, Suite 500

Beltsville, MD 20705

Phone: (301) 486-1200

Fax: (301) 486-0935

Attorneys for Defendant

BALTIMORE AIRCOIL COMPANY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2008, I caused a true and correct copy of the foregoing to be electronically filed and served upon the following counsel of record.

*/s/ Neil J. MacDonald*

Neil J. Macdonald