## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO, *et al.*,          *

     Plaintiffs,          *

         v.          *          Civil Action:  1:08-cv-00967-RJL

AC & R INSULATION CO., INC., *et al.*,          *

     Defendants.          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF FILING

    Comes now, Defendant Krafft-Murphy Company, and files this Notice of Filing of Exhibits 8-14 and Proposed Order to its Response in Opposition to Plaintiffs' Motion to Remand which was filed on July 18, 2008**.**  Due to filing difficulties, these documents were unable to be filed simultaneously with Defendant Krafft-Murphy Company's Response in Opposition to Plaintiffs' Motion to Remand. These documents have been electronically filed with this Notice.

                Respectfully Submitted,

                 /s/ Neil J. MacDonald
                Neil J. MacDonald, Esquire
                Bar No. 433699
                HARTEL, KANE, DeSANTIS,
                MacDONALD & HOWIE, LLP
                11720 Beltsville Drive, Suite 500
                Beltsville, MD 20705
                Phone: (301) 486-1200
                Fax: (301) 486-0935

                Attorneys for Defendant
                KRAFFT-MURPHY COMPANY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2008, I caused a true and correct copy of the foregoing to be electronically filed and served upon the following counsel of record.

_/s/ Neil J. MacDonald_
Neil J. Macdonald

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ARMANDO A. SAMMARTINO, *et al.*,                    *

      Plaintiffs,                    *

             v.                    *          Civil Action:  1:08-cv-00967-RJL

AC & R INSULATION CO., INC., *et al.*,          *

      Defendants.                    *

*    *    *    *    *    *    *    *    *    *    *    *    *

<u>**ORDER**</u>

**UPON CONSIDERATION OF** Plaintiffs' Motion to Remand, and Removing

Defendants Response in Opposition thereto, it is this ___ day of _____ 2008

      **ORDERED** that the motion is **DENIED**.

                                        _____
                                        Hon. Judge Richard J. Leon
                                        U.S. District Court for the District of Columbia

Copies to:

All counsel of record



# ✳ Smithsonian

Websites A-Z

**Donate Now**

SEARCH

Home | About | Exhibitions | Events | Visit | Hours | Museums | Research | Membership | Giving | Shop | Press Room



## AARON DOUGLA/
Smithsonian American Art Museum



**DIG IT!** The Secrets of Soil
July 19–January 2010



**DAILY DISCOVERY**

**MARS DAY 2008**

**Smithsonian for:**

- Kids
- Teachers
- Members
- Volunteers
- Interns
- Careers
- Business Opportunities

Smithsonian Governance

Smithsonian Magazine

Smithsonian publications & images

Smithsonian Journeys

Smithsonian Folkways Recordings

Smithsonian Student Travel

**TRAVEL THE WORLD**

Smithsonian Journeys

Your Email  + SIGN UP

**Guides in:**

- Deutsch
- English
- Español
- Français
- 中文
- 日本語
- 한국어



**DEFENDANT'S EXHIBIT**
8

## WELCOME TO THE SMITHSONIAN

Welcome to the **Smithsonian Institution**, the world's largest museum complex and research organization composed of 19 museums, 9 research centers, and the National Zoo.

→ Visiting the Smithsonian

## ENCYCLOPEDIA SMITHSONIAN



→ **ART & DESIGN**
Architecture, Artists, Asian Art, Photography...



→ **HISTORY & CULTURE**
American History, Film, Music, Politics, Sports...



→ **SCIENCE & TECHNOLOGY**
Animals, Astronomy, Aviation, Ecology, Geology...

## EXHIBITIONS



**Ballyhoo! Posters as Portraiture**
Subjects as diverse as General Pershing, "Buffalo Bill", Joe Louis, and Judy Garland all enhance the poster's mission to attract and persuade



**El Anatsui: Gawu**
This solo exhibition of works by El Anatsui, one of Africa's leading contemporary artists, features weavings created from found metal objects

→ More Exhibitions

## EVENTS



**The World of Louis Comfort Tiffany**
Learn about Tiffany's achievements in blown-glass vessels, mosaics, and especially his vibrantly colored leaded-glass windows and lamps



**Sea Monsters 3D: A Prehistoric Adventure**
An unforgettable family experience. The *Washington Post* says It's Finding Nemo *with a Wow! factor of about 100!*

→ More Events

## RESEARCH

**Inside Smithsonian Research**
Quarterly newsletter packed with information about the numerous research projects around the Smithsonian

**Explore Smithsonian Photography**

**Smithsonian Museums**

- African Art Museum
- Air and Space Museum and Udvar-Hazy Center
- American Art Museum and its Renwick Gallery
- American History Museum Closed for renovation until fall 2008
- American Indian Museum
- Anacostia Community Museum
- Arts and Industries Building Closed in preparation for renovation
- Cooper-Hewitt, National Design Museum
- Freer and Sackler Galleries
- Hirshhorn Museum and Sculpture Garden
- National Zoo
- Natural History Museum
- Portrait Gallery
- Postal Museum
- Smithsonian Institution Building, the Castle (visitor information)

**Future Museum**

- National Museum of African American History and Culture

**Smithsonian Research**

- Archives of American Art
- Astrophysical Observatory (SAO)
- Museum Conservation Institute (MCI)
- Environmental Research Center (SERC)
- Libraries
- Photography Initiative
- Tropical Research Institute (STRI)
- More Research

**Smithsonian Outreach**

- Across America
- Asian Pacific American



An ever-expanding view into more than 150 years of photography collecting throughout the Smithsonian

→ More Research

**MEMBERSHIP**



**Explore the Smithsonian year-round!**
Join today to receive exclusive benefits and behind-the-scenes access to the world's largest museum complex

→ More about Membership

**SMITHSONIAN NETWORKS**



**Smithsonian Channel**
Experience the world of the Smithsonian with great programs on history, culture, science and technology, plus exciting programs for kids!

→ More about Smithsonian Networks

Program

⇨ Center for Education and Museum Studies

⇨ Center for Folklife and Cultural Heritage

⇨ Latino Center

⇨ National Science Resources Center

⇨ Regional Programs

⇨ Smithsonian Affiliations

⇨ The Smithsonian Associates

⇨ Traveling Exhibitions

**Smithsonian Web 2.0**

⇨ Smithsonian Blogs

⇨ Smithsonian Podcasts

⇨ Smithsonian RSS Feeds

Contacts | FAQ | Our Performance | Inspector General | Privacy | Copyright

⬆ Top



**General Services Administration (GSA) Inventory of Owned and Leased Properties**

National Map > District of Columbia

HELP

Click on a building name for details about that building.
Click on the headings to sort by building name or by city

| GSA Leased Buildings | | GSA Owned Buildings | |
|---|---|---|---|
| **Building Name** | **City** | **Building Name** | **City** |
| 1 MASS AVE NW | WASHINGTON | 1 FIRST STREET NE | WASHINGTON |
| 100 INDIANA AVENUE NW | WASHINGTON | 1000 INDEP AVE SW | WASHINGTON |
| 1025 F STREET | WASHINGTON | 1000 INDEPENDANCE AVE | WASHINGTON |
| 1099 14TH STREET | WASHINGTON | 1000 INDEPENDENCE AVE SW | WASHINGTON |
| 1100 L STREET, NW | WASHINGTON | 1000 JEFFERSON DR SW | WASHINGTON |
| 1100 VERMONT AVE NW | WASHINGTON | 1051 29TH ST NW | WASHINGTON |
| 1101 PENNSYLVANIA AVENUE | WASHINGTON | 110 IRVING ST NW | WASHINGTON |
| 111 MASS AVE NW | WASHINGTON | 110 IRVING ST NW | WASHINGTON |
| 1110 VERMONT AVE NW | WASHINGTON | 110 IRVING ST NW | WASHINGTON |
| 1111 18TH STREET, NW | WASHINGTON | 110 IRVING ST NW | WASHINGTON |
| 1111 19TH ST., NW | WASHINGTON | 110 IRVING ST NW | WASHINGTON |
| 1111 20TH STREET, NW 1111 20TH STRE | WASHINGTON | 1100 OHIO DR SW | WASHINGTON |
| 1120 20TH ST NW | WASHINGTON | 1100 PENN AVE, NW | WASHINGTON |
| 1120 VERMONT AVE | WASHINGTON | 1111 CONST AVE NW | WASHINGTON |
| 1125 15TH STREET, NW | WASHINGTON | 1150 VARNUM ST NE | WASHINGTON |
| 1200 NEW JERSEY AVE, SE | WASHINGTON | 1155 21ST STREET, NW | WASHINGTON |
| 1201 15TH STREET, NW | WASHINGTON | 1225 1 ST NW | WASHINGTON |
| 1201 EYE ST., NW | WASHINGTON | 12TH & C ST SW | WASHINGTON |
| 1201 MARYLAND AVENUE, SW | WASHINGTON | 12TH & C STREETS SW | WASHINGTON |
| 1201-1225 NEW YORK AVENUE NW | WASHINGTON | 12TH & CONST AVE NW | WASHINGTON |
| 1212 NEW YORK AVE | WASHINGTON | 12TH & CONST AVE NW | WASHINGTON |
| 122 C STREET, NW | WASHINGTON | 12TH & CONSTITUTION AVENUE, NW | WASHINGTON |
| 1220 L STREET, NW | WASHINGTON | 12TH & JEFF DRIVE SW | WASHINGTON |
| 1222 22ND ST NW | WASHINGTON | 12TH & JEFFERSON DR SW | WASHINGTON |
| 1250 23RD ST NW | WASHINGTON | 12TH & PENN AVE NW | WASHINGTON |
| 1250 MARYLAND AVE SW | WASHINGTON | 12TH AND CONT. AVE | WASHINGTON |
| 1255 22ND ST NW | WASHINGTON | 1300 CONST AVE NW | WASHINGTON |
| 1291 TAYLOR ST NW | WASHINGTON | 1300 PENN AVE NW | WASHINGTON |
| 1301 K ST NW | WASHINGTON | 1300 PENN. AVE. N.W. | WASHINGTON |
| 1301 NEW YORK AVE | WASHINGTON | 1300 PENN. AVE. N.W. | WASHINGTON |
| 131 M STREET, NE | WASHINGTON | 1301 CONSTITUTION AV NW | WASHINGTON |
| 1310 G ST NW | WASHINGTON | 13TH & C STS SW | WASHINGTON |
| 1310 L STREET N W | WASHINGTON | 13TH & C STS SW | WASHINGTON |
| 1325 G ST, NW | WASHINGTON | 13TH & E STS NW | WASHINGTON |
| 1331 F STREET NW | WASHINGTON | 14TH & C STS N W | WASHINGTON |
| 1331 PENN AVENUE,NW | WASHINGTON | 14TH & CONSTITUTION AVE | WASHINGTON |
| 1341 G ST NW | WASHINGTON | 14TH & CONSTITUTION AVE NW BEHRING CENTER | WASHINGTON |
| 1400 NEW YORK AVE NW | WASHINGTON | | |
| 1400 K STREET | WASHINGTON | 14TH & D ST SW | WASHINGTON |
| 1400 L STREET NW | WASHINGTON | 14TH & D SW | WASHINGTON |
| 1401 H ST NW | WASHINGTON | 14TH & E ST NW | WASHINGTON |
| 1425 NEW YORK AVE NW | WASHINGTON | 14TH & E STS NW | WASHINGTON |
| 1440 NEW YORK AVE N W | WASHINGTON | 14TH & INDEP AVE SW | WASHINGTON |
| 1441 L ST | WASHINGTON | 14TH + D STREETS SW | WASHINGTON |
| 1620 L ST NW | WASHINGTON | 14TH + INDEP AVE SW | WASHINGTON |
| 1629 K STREET, NW | WASHINGTON | 150 17 ST. SW (17TH & INDEP. AVE) WEST POTOMAC P | WASHINGTON |
| 1709 NEW YORK AVE N.W | WASHINGTON | | |
| 1722 EYE STREET, N.W. | WASHINGTON | 1520 H STREET NW | WASHINGTON |
| 1730 M STREET MW | WASHINGTON | 1600 PA AVE. NW | WASHINGTON |
| 1750 PENNSYLVANIA AVENUE, NW | WASHINGTON | 1600 PA AVE., NW | WASHINGTON |
| 1775 EYE STREET, NW | WASHINGTON | 1608 K ST NW | WASHINGTON |

DEFENDANT'S
EXHIBIT
9



| | | | |
|---|---|---|---|
| 1776 G ST NW | WASHINGTON | 1651-53 PA AVE NW | WASHINGTON |
| 1800 G ST NW | WASHINGTON | 17 TH & G ST NW | WASHINGTON |
| 1800 M ST NW | WASHINGTON | 1724 F STREET NW | WASHINGTON |
| 1801 L STREET NW | WASHINGTON | 17TH & C ST NW | WASHINGTON |
| 1801 PENNSYLVANIA AVENUE, NW | WASHINGTON | 17TH & CONSTITUTION NW | WASHINGTON |
| 1900 HALF STREET | WASHINGTON | 17TH & NY AVE | WASHINGTON |
| 1905-B 9TH ST NE | WASHINGTON | 17TH & PA AVE | WASHINGTON |
| 1990 K STREET N W | WASHINGTON | 17TH AND PA AVE. NW | WASHINGTON |
| 2 MASSACHUSETTS AVE, NE | WASHINGTON | 1800 BEACH DR NW | WASHINGTON |
| 20 MASSACHUSETTS AVE NW | WASHINGTON | 18TH AND F STS NW | WASHINGTON |
| 2041 MLK JR AVE. SE | WASHINGTON | 1900 E ST NW | WASHINGTON |
| 2100 2ND ST SW | WASHINGTON | 1901 FORT PL, SE | WASHINGTON |
| 2100 K ST NW | WASHINGTON | 1951 CONST AVE NW - SOUTH INTERIOR | WASHINGTON |
| 2100 M STREET NW | WASHINGTON | 19TH & C STS NW | WASHINGTON |
| 2100 PENNS AVE NW | WASHINGTON | 1ST & C STREETS SE | WASHINGTON |
| 2121 VIRGINIA AVE N W | WASHINGTON | 1ST & NEW YORK AVENUE, N.E. | WASHINGTON |
| 2401 E ST NW | WASHINGTON | 1ST AND E ST., NW | WASHINGTON |
| 25 MASSACHUSETTS AVE, NW | WASHINGTON | 200 CONSTITUTION AVE NW | WASHINGTON |
| 2800 V ST N.E | WASHINGTON | 200 INDEPENDENCE AVE | WASHINGTON |
| 2828 CONNECTICUT AVENUE NW | WASHINGTON | 2025 E ST NW | WASHINGTON |
| 300 7TH ST SW | WASHINGTON | 20TH & CONST AVE NW | WASHINGTON |
| 300 D STREET, SW | WASHINGTON | 20TH & CONSTITUTION NW | WASHINGTON |
| 300 E ST SW | WASHINGTON | 2101 CONSTITUTION AVE N | WASHINGTON |
| 3025 V ST NE | WASHINGTON | 2201 C ST NW | WASHINGTON |
| 3030 - 3070 V STREET | WASHINGTON | 23 & E STREETS NW | WASHINGTON |
| 3030 V STREET NE | WASHINGTON | 23RD & E ST NW | WASHINGTON |
| 3035 V STREET, NE | WASHINGTON | 23RD & E STREET NW | WASHINGTON |
| 325 - 7TH ST., NW | WASHINGTON | 23RD & E STREETS NW | WASHINGTON |
| 3298 FORT LINCOLN DRIVE | WASHINGTON | 23RD & E STREETS NW | WASHINGTON |
| 3355- 3360 V ST., NE | WASHINGTON | 23RD & E STS NW | WASHINGTON |
| 3365 V ST NE | WASHINGTON | 23RD & E STS NW | WASHINGTON |
| 3370 V ST. NE | WASHINGTON | 23RD AND E ST NW | WASHINGTON |
| 3401-03 K ST NW | WASHINGTON | 24D1 TILDEN RD NW | WASHINGTON |
| 395 E STREET, S.W. | WASHINGTON | 2425 L STREET | WASHINGTON |
| 400 C STREET SW | WASHINGTON | 2430 E ST NW | WASHINGTON |
| 400 VIRGINIA AVE | WASHINGTON | 2430 E ST NW | WASHINGTON |
| 401 9TH STREET | WASHINGTON | 2430 E ST NW | WASHINGTON |
| 401-417 7TH STREET NW | WASHINGTON | 2700 F STREET, NW | WASHINGTON |
| 409 12TH STREET, SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 409 3RD ST, S.W. | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 425 I STREET NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 445 12TH ST SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 450 5TH STREET, NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 470/490 LENFANT PLZ SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 500 1ST ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 500 C STREET,SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 500 E STREET SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 500 N CAPITOL ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 501 3RD ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE | WASHINGTON |
| 501 SCHOOL ST S.W | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE - | WASHINGTON |
| 515 22ND STREET., NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE - | WASHINGTON |
| 518 23RD STREET, NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE - | WASHINGTON |
| 520 23RD ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE - | WASHINGTON |
| 525 SCHOOL STREET, SW WASHINGTON, DC | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE - | WASHINGTON |
| 529 14TH ST., NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE SE SE | WASHINGTON |
| 550 12TH STREET SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 555 11TH STREET, NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 555 4TH STREET, NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 555 NEW JERSEY AVE | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 600 E STREET NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 601 13TH ST N.W. | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 601 D ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |

General Services Administration (GSA) Inventory of Owned and Leased Properties    Page 3 of 7

| | | | |
|---|---|---|---|
| 601 NEW JERSEY AVENUE NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 601 PENN AVE NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 616 H STREET NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 624 9TH STREET NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 625 INDIANA AVE N.W. | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 655 15TH STREET. NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 740 - 15TH ST., NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 750 17TH ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 7820 EASTERN AVE NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 798 9TH ST., NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 800 9TH STREET. SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 800 F ST. NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 800 K ST., N.W. | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 800 N CAPITOL ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 801 EYE ST., N.W. | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 810 7TH STREET NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 820 FIRST ST NE | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 830 FIRST STREET. NE WASHINGTON, DC | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 888 FIRST ST NE | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 901 D STREET S.W. | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 950 L'ENFANT PLAZA | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 955 L'ENFANT PLAZA. SW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| 999 E ST NW | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| REAGAN NATIONAL AIRPORT | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| RONALD REAGAN NATIONAL AIRPORT | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| RONALD REAGAN NATIONAL AIRPORT | WASHINGTON | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVE. SE | WASHINGTON |
| | | 2700 MARTIN LUTHER KING JR. AVENUE | WASHINGTON |
| | | 2701 S. CAPITOL STREET ANACOSTIA NAVA | WASHINGTON |
| | | 2701 SOUTH CAPITOL ST. ANACOSTIA NAVA | WASHINGTON |
| | | 2701 SOUTH CAPITOL ST. ANACOSTIA NAVA | WASHINGTON |
| | | 2702 S CAPITOL ST SE ANACOSTIA NAVA | WASHINGTON |
| | | 2ND & C STREETS NE | WASHINGTON |
| | | 2ND AND C STREETS, SE | WASHINGTON |
| | | 320 FIRST STREET NW | WASHINGTON |
| | | 330 C STREET SW | WASHINGTON |
| | | 330 INDEP AVE SW | WASHINGTON |
| | | 333 CONSTITUTION AVE. NW. | WASHINGTON |
| | | 3501 NEW YORK AVENE. NE | WASHINGTON |
| | | 3700 N CAPITOL ST NW | WASHINGTON |
| | | 3800 TUNLAW RD NW | WASHINGTON |
| | | 3RD & C STREETS, SE | WASHINGTON |
| | | 3RD & CONSTITUTION NW | WASHINGTON |

General Services Administration (GSA) Inventory of Owned and Leased Properties          Page 4 of 7

| | |
|---|---|
| 400 SECOND STREET NW | WASHINGTON |
| 4100 CONN AVE | WASHINGTON |
| 42 EYE ST SE | WASHINGTON |
| 425 SECOND STREET, NW | WASHINGTON |
| 427-29 7TH STREET NW | WASHINGTON |
| 431 18TH ST NW | WASHINGTON |
| 431-35 7TH STREET NW | WASHINGTON |
| 437-39 7TH STREET NW | WASHINGTON |
| 441 G ST NW | WASHINGTON |
| 443 7TH STREET, NW | WASHINGTON |
| 450 E ST NW | WASHINGTON |
| 451 7TH STREET SW | WASHINGTON |
| 451 INDIANA AVE NW | WASHINGTON |
| 49 L ST SE | WASHINGTON |
| 4TH & E ST NW | WASHINGTON |
| 4TH & F ST NW | WASHINGTON |
| 4TH & HOWARD PL NW | WASHINGTON |
| 4TH & INDEPENDENCE AVE SW | WASHINGTON |
| 4TH ST BETWEEN E & F | WASHINGTON |
| 500 C STREET NW | WASHINGTON |
| 500 INDIANA AVE NW | WASHINGTON |
| 501 FIRST ST SE | WASHINGTON |
| 515 5TH STREET, NW | WASHINGTON |
| 515 D ST NW | WASHINGTON |
| 515 NEW YORK AVE NW | WASHINGTON |
| 527 9TH STREET, NW | WASHINGTON |
| 550 17TH ST NW | WASHINGTON |
| 5TH & F ST NW | WASHINGTON |
| 5TH & F STREETS, NW | WASHINGTON |
| 600 INDEPENDENCE SW | WASHINGTON |
| 600 PENNSYLVANIA AVE. | WASHINGTON |
| 600 SEVENTEENTH STREET | WASHINGTON |
| 601 - 4TH ST, NW | WASHINGTON |
| 616 E STREET, NW | WASHINGTON |
| 618 E STREET, NW | WASHINGTON |
| 626 E STREET, NW | WASHINGTON |
| 629 D STREET, NW | WASHINGTON |
| 629 REAR D STREET NW | WASHINGTON |
| 631 D STREET, NW | WASHINGTON |
| 631 REAR D STREET NW | WASHINGTON |
| 633 D STREET, NW | WASHINGTON |
| 633 THIRD STREET, NW | WASHINGTON |
| 635-37 D STREET NW | WASHINGTON |
| 639 D STREET, NW | WASHINGTON |
| 643 D STREET, NW | WASHINGTON |
| 6825 16TH ST NW | WASHINGTON |
| 6TH & BRYANT ST NW | WASHINGTON |
| 6TH & CONSTITUTION NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |

| | |
|---|---|
| 6TH ST NW | WASHINGTON |
| 6TH ST NW | WASHINGTON |
| 6TH STREEN NW | WASHINGTON |
| 6TH STREET N W | WASHINGTON |
| 6TH STREET N W | WASHINGTON |
| 6TH STREET N W | WASHINGTON |
| 6TH STREET N W | WASHINGTON |
| 6TH STREET NW | WASHINGTON |
| 6TH STREET NW | WASHINGTON |
| 6TH STREET NW | WASHINGTON |
| 6TH STREET NW | WASHINGTON |
| 6TH STREET NW | WASHINGTON |
| 6TH STREET NW | WASHINGTON |
| 701 E ST NW | WASHINGTON |
| 708 JACKSON PLACE NW | WASHINGTON |
| 712 JACKSON PL NW | WASHINGTON |
| 716 JACKSON PLACE NW | WASHINGTON |
| 717 MADISON PLACE NW | WASHINGTON |
| 718 JACKSON PL NW | WASHINGTON |
| 720 20TH ST NW | WASHINGTON |
| 721 MADISON PLACE NW | WASHINGTON |
| 722 JACKSON PL NW | WASHINGTON |
| 725 17TH STREET NW | WASHINGTON |
| 725 MADISON PLACE NW | WASHINGTON |
| 726 JACKSON PL NW | WASHINGTON |
| 730 JACKSON PL NW | WASHINGTON |
| 734 JACKSON PLACE NW | WASHINGTON |
| 736 JACKSON PLACE NW | WASHINGTON |
| 740 JACKSON PLACE NW | WASHINGTON |
| 744 JACKSON PLACE NW | WASHINGTON |
| 7TH & CONST AVE NW | WASHINGTON |
| 7TH & D STREETS SW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & FLA AVE NW | WASHINGTON |
| 7TH & INDEPENDENCE SW | WASHINGTON |
| 7TH & PENN AVE NW | WASHINGTON |
| 800 INDEPENDENCE AVE | WASHINGTON |
| 810 VERMONT AVE NW | WASHINGTON |
| 811 VERMONT AVE NW | WASHINGTON |
| 850 G ST NW | WASHINGTON |
| 8TH & 9TH STS. NW | WASHINGTON |
| 8TH & JEFFERSON DR SW | WASHINGTON |
| 901 G ST NW | WASHINGTON |
| 935 PENNSYLVANIA AVE NW | WASHINGTON |
| 940 H STREET, NW | WASHINGTON |
| 950 H ST NW | WASHINGTON |
| 9TH & CONSTITUTION AVE | WASHINGTON |
| BLADENSBURG RD N E | WASHINGTON |
| CONN AVE/TILDEN/RENO RD | WASHINGTON |

General Services Administration (GSA) Inventory of Owned and Leased Properties          Page 6 of 7

| | |
|---|---|
| CONSTITUTION AND J MARS | WASHINGTON |
| EAST POTOMAC PARK SW | WASHINGTON |
| EAST POTOMAC PARK SW | WASHINGTON |
| FLA AVE & WVA AVE | WASHINGTON |
| FLA AVE NW | WASHINGTON |
| FOURTH AND C STS SW | WASHINGTON |
| GEORGIA AVE NW | WASHINGTON |
| GPO FIELD PLANT | WASHINGTON |
| INDEPENDENCE & 6TH STREET, SW | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET SE | WASHINGTON |
| M STREET, SE | WASHINGTON |
| MASS AVE AT 34 ST | WASHINGTON |
| MT. VERNON SQ&27TH&9TH | WASHINGTON |
| N. CAPITAL & 9TH NW | WASHINGTON |
| NAVY YARD SE | WASHINGTON |
| NEBRAKSA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NEBRASKA AVENUE COMPLEX 3801 NEBRASKA | WASHINGTON |
| NICHOLS AVE SE | WASHINGTON |
| NICHOLS AVENUE | WASHINGTON |
| NICHOLS AVENUE | WASHINGTON |
| OLD SMITHSONIAN | WASHINGTON |
| PENN AVE & 15TH ST NW | WASHINGTON |
| RAOUL WALLBG PL&IND | WASHINGTON |
| ROCK CREEK CHURCH RD. & UPSHUR ST. NW | WASHINGTON |
| SECOND & C STS SW | WASHINGTON |
| SECOND & D STS SW | WASHINGTON |
| ST. ELIZABETHS COMPLEX 2700 MARTIN LU | WASHINGTON |

General Services Administration (GSA) Inventory of Owned and Leased Properties

| | |
|---|---|
| TILDEN RD & BEACH DR NW | WASHINGTON |
| US RESERVATION 332 | WASHINGTON |
| WASHINGTON MONUMENT | WASHINGTON |
| WEST POTOMAC PARK SW | WASHINGTON |
| WTI | WASHINGTON |



Home > History & Tours > White House Facts

## White House Facts



For two hundred years, the White House has stood as a symbol of the Presidency, the United States government, and the American people. Its history, and the history of the nation's capital, began when President George Washington signed an Act of Congress in December of 1790 declaring that the federal government would reside in a district "not exceeding ten miles square…on the river Potomac." President Washington, together with city planner Pierre L'Enfant, chose the site for the new residence, which is now 1600 Pennsylvania Avenue. As preparations began for the new federal city, a competition was held to find a builder of the "President's House." Nine proposals were submitted, and Irish-born architect James Hoban won a gold medal for his practical and handsome design.

Construction began when the first cornerstone was laid in October of 1792. Although President Washington oversaw the construction of the house, he never lived in it. It was not until 1800, when the White House was nearly completed, that its first residents, President John Adams and his wife, Abigail, moved in. Since that time, each President has made his own changes and additions. The White House is, after all, the President's private home. It is also the only private residence of a head of state that is open to the public, free of charge.

The White House has a unique and fascinating history. It survived a fire at the hands of the British in 1814 (during the war of 1812) and another fire in the West Wing in 1929, while Herbert Hoover was President. Throughout much of Harry S. Truman's presidency, the interior of the house, with the exception of the third floor, was completely gutted and renovated while the Trumans lived at Blair House, right across Pennsylvania Avenue. Nonetheless, the exterior stone walls are those first put in place when the White House was constructed two centuries ago.

Presidents can express their individual style in how they decorate some parts of the house and in how they receive the public during their stay. Thomas Jefferson held the first Inaugural open house in 1805. Many of those who attended the swearing-in ceremony at the U.S. Capitol simply followed him home, where he greeted them in the Blue Room. President Jefferson also opened the house for public tours, and it has remained open, except during wartime, ever since. In addition, he welcomed visitors to annual receptions on New Year's Day and on the Fourth of July. In 1829, a horde of 20,000 Inaugural callers forced President Andrew Jackson to flee to the safety of a hotel while, on the lawn, aides filled washtubs with orange juice and whiskey to lure the mob out of the mud-tracked White House.

After Abraham Lincoln's presidency, Inaugural crowds became far too large for the White House to accommodate them comfortably. However, not until Grover Cleveland's first presidency did this unsafe practice change. He held a presidential review of the troops from a flag-draped grandstand built in front


DEFENDANT'S
EXHIBIT
10

of the White House. This procession evolved into the official Inaugural parade we know today. Receptions on New Year's Day and the Fourth of July continued to be held until the early 1930s.

- There are 132 rooms, 35 bathrooms, and 6 levels in the Residence. There are also 412 doors, 147 windows, 28 fireplaces, 8 staircases, and 3 elevators.

- At various times in history, the White House has been known as the "President's Palace," the "President's House," and the "Executive Mansion." President Theodore Roosevelt officially gave the White House its current name in 1901.

- Presidential Firsts while in office... President James Polk (1845-49) was the first President to have his photograph taken... President Theodore Roosevelt (1901-09) was not only the first President to ride in an automobile, but also the first President to travel outside the country when he visited Panama... President Franklin Roosevelt (1933-45) was the first President to ride in an airplane.

- With five full-time chefs, the White House kitchen is able to serve dinner to as many as 140 guests and hors d'oeuvres to more than 1,000.

- The White House requires 570 gallons of paint to cover its outside surface.

- For recreation, the White House has a variety of facilities available to its residents, including a tennis court, jogging track, swimming pool, movie theater, and bowling lane.



**U.S. Soldiers' and Airmen's Home (USSAH)
Washington, D.C.**

## History of the U.S. Soldiers' Home

Beautiful, century-old buildings stand as testament to the rich history that makes
up one of America's oldest veterans' retirement homes. The Soldiers' Home was
established in 1851, as an "asylum for old and disabled veterans." Four of the
original buildings still stand and are listed as national historic landmarks. Two
of the buildings, Quarters 1 and Anderson Cottage, served as the summer White
House for U.S. presidents -- Chester Arthur, Rutherford B. Hayes, James
Buchanan and, most notably, Abraham Lincoln.

Lincoln lived at the Soldiers' Home in what is now called Anderson Cottage
during our nation's most turbulent history, the Civil War. Not only was it a break
from the hot, humid city, but also from the intense political pressures of being
president. In fact, Lincoln spent one-fourth of his presidency at Soldiers' Home,
and it was here that he wrote the last draft of the Emancipation Proclamation. In
1865, Lincoln's wife, Mary, wrote to her friend Elizabeth Blair Lee, "How
dearly I loved the Soldiers' Home."

Historic Anderson Cottage was constructed in 1842-43 as the home of George
W. Riggs, who went on to establish the famous Riggs National Bank in
Washington, D.C. In 1851, the cottage and farm land surrounding it was
purchased by the government to form the core of what is today the U.S. Soldiers'
and Airmen's Home.

This Early Gothic Revival cottage served as the first quarters for the "inmates"
of the "asylum." They lived here for approximately five years, until they moved
into the Scott (now called Sherman) dormitory to the east of Anderson Cottage.
This building also was the home's first hospital and guest house and is where the
women were housed when they were first admitted to the Home in 1954.

The Cottage was named after Maj. Robert Anderson, who commanded the
Union's Fort Sumter S.C., where the Civil War's first volleys were fired.



Anderson, along with Jefferson Davis, and most important, Gen. Winfield Scott, fought to establish a soldiers' home for nearly 25 years.

Congress finally approved a bill in 1851, following the Mexican War. In charge of American troops during the war, Scott now was considered an American hero. He returned with $150,000 that was paid to him by Mexico City, in lieu of ransacking. He paid off his troops, bought new supplies, and offered the remaining money to Congress to establish the Soldiers' Home.

Since the home's beginning, operational funding came from the soldiers (and later, airmen) themselves. A permanent trust fund was established nearly 150 years ago, and was fed by monthly, active duty payroll deductions of 25 cents, when the average pay of a soldier was $7 a month. All fines and forfeitures from the Army, and later the Air Force, came to the USSAH and, combined with the monthly withholding, provided the principal support for the home throughout its history.

## The U.S. Soldiers' and Airmen's Home Today

Nestled in the heart of our nation's capital on 320 acres of secure, park-like setting, nearly 1,300 veterans have found a home. No longer called "The Old Soldiers' Home," the U.S. Soldiers' and Airmen's Home is a thriving community that offers 20-year retirees and certain veterans a haven of retreat. It is also a perfect example of "The Military Taking Care of Its Own."

During its nearly 150-year history, USSAH has evolved from an "asylum for the old and disabled," to a retirement community that offers a secure and comfortable lifestyle filled with activity. Whereas "inmates" once lived in eight-man squad rooms, all of today's residents have private rooms, and many have private baths and walk-in closets. Private vehicles are allowed with ample parking available, and amenities such as cable TV, air-conditioning and elevators are in every building.

Three meals a day are served in a modern cafeteria that seats 1,400 people. The facility offers a wide variety of food, including short-order and special diet lines and salad bar. A city within a city, the Home has its own banking facilities and post office, as well as three chapels, a new fitness center/gymnasium and a six-lane bowling alley. The home's private bus leaves daily to take residents to a near by race track, shopping mall, Smithsonian museum's, and many other attractions.

For those interested in hobbies, there are arts and crafts shops that cater to everyone's talents, such as woodworking, ceramics, photography, oil painting and picture framing. Near the well-groomed, nine-hole golf course and driving range are garden plots and two tranquil lakes, which offer sport fishing for crappie, bass, bream and catfish.

Health care services range from community nursing and assisted living in the dormitories, to primary, intermediate and skilled care at the King Health Center. This 200-bed, well-equipped, long-term care facility received a three-year accreditation with commendation from the Joint Commission on Accreditation of Healthcare Organizations. Licensed specialists in dentistry, optometry, podiatry, internal medicine and diabetes are available, as well as professionals in physical, occupational and recreational therapy, and speech-language pathology.

A shuttle bus leaves the home six times a day for Walter Reed Army Medical Center, where residents receive acute care and have access to some of the country's finest doctors and surgeons. Other local hospitals include the

Washington VA Medical Center and Bethesda Naval Hospital. To sum up, the
home is a total life-care community that adds to an active resident's life now,
and provides important services to meet any needs he/she will have in the future.

The home is, after all, a special place for special people. For additional
information or call 1-800-422-9988, visit their Web site at
http://www.afrh.com/, or write:

Public Affairs Office, USSAH
Washington, DC 20317

**Courtesy of the Armed Forces Retirement Home (AFRH)**



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARMANDO A. SAMMARTINO and THERESE SAMMARTINO** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| | ) **Civil Action No. 08 0967 RJL** |
| **v.** | ) ) |
| **AC&R INSULATION CO., INC. et al.** | ) ) |
| **Defendants.** | ) ) |

## AFFIDAVIT

Robin Silver, being duly sworn, deposes and says:

1.    I am an attorney with Miles & Stockbridge P.C. representing CertainTeed Corporation in this matter.

2.    I affirm that Vincent J. Palmiotto, although not licensed in the U.S. District Court for the District of Columbia, had the ability to give binding consent on behalf of CertainTeed Corporation for the purposes of joining in, and consenting to, the removal of this case from the Superior Court of the District of Columbia to the U.S. District Court for the District of Columbia.   Mr. Palmiotto is licensed in the District of Columbia and currently has an application pending before the U.S. District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Robin Silver
Bar No. 393290

Dated: 7/18/08



STATE OF MARYLAND
County of Carroll
~~CITY OF BALTIMORE~~, to-wit:

      I, the undersigned, a Notary Public in and for the jurisdiction aforesaid,

hereby certify that Robin Silver, whose name is signed to the foregoing document, has

acknowledged the same before me this 18th day of July, 2008, in my jurisdiction

aforesaid.

                                                                Notary Public

My Commission Expires: 4/1/11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO and          §
THERESE SAMMARTINO,                §
                                   §
        Plaintiffs,                §      Civil Action No:
                                   §      1:08-CV-00967-RJL
v.                                 §
                                   §
AC&R INSULATION CO., INC., et al., §
                                   §
        Defendants.                §

## AFFIDAVIT OF STEVEN A. LUXTON

                                   §
DISTRICT OF COLUMBIA               §
                                   §

Before me, the undersigned notary, on this day personally appeared Steven A. Luxton, who, being by me duly sworn on oath deposed and said as follows:

1.    My name is Steven A. Luxton. I am over eighteen years of age, have never been convicted of a felony or a crime involving moral turpitude, and am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.    I am licensed in the United States District Court for the District of Columbia. I am counsel for the Defendant Owens-Illinois, Inc. in the above-referenced case.

3.    I affirm that Brendan Chandonnet although not licensed in the U.S. District Court for the District of Columbia, had the ability to give binding consent on behalf of Owens-Illinois, Inc. for the purposes of joining in, and consenting to, the removal of the



DEFENDANT'S
EXHIBIT
13

above-captioned case from the Superior Court of the District of Columbia to U.S. District

Court for the District of Columbia.

Steven A. Luxton

SUBSCRIBED AND SWORN TO BEFORE ME on this 18th day of July
_____, 2008.

NOTARY PUBLIC

My Commission Expires: October 31, 2010

```
FREDDY E. CORTEZ
NOTARY PUBLIC-7029968
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCT. 31, 2010
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO and
THERESE SAMMARTINO

    Plaintiffs,

     v.

AC&R INSULATION CO., INC. et al.

    Defendants.

) ) ) ) ) ) ) **Civil Action No. 08 0967 RJL** ) ) ) ) ) )

### AFFIDAVIT

JOHN A MCCAULEY, being duly sworn, deposes and says:

1. I am an attorney with Venable, LLP representing Rapid-American Corporation in this matter.

2. I affirm that Scott M. Richmond, although not licensed in the U.S. District Court for the District of Columbia, had the ability to give binding consent on behalf of Rapid-American Corporation for the purposes of joining in, and consenting to, the removal of this case from the Superior Court of the District of Columbia to the U.S. District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

            _____
            John A. McCauley

Dated: _July 18, 2008_



DEFENDANT'S
EXHIBIT
14