IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO and THERESE SAMMARTINO, | * * * | |
| Plaintiffs, | * * * | Civil Action No.: 1:08-CV-00967-RJL |
| AC & R INSULATION CO., INC., *et al.*, | * * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew J. Sloniewsky, Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036, on behalf of Defendant Metropolitan Life Insurance Company.

Respectfully Submitted,

STEPTOE & JOHNSON LLP

/s/ Andrew J. Sloniewsky
Andrew J. Sloniewsky (Bar No. 440474 )
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

asloniewsky@steptoe.com
tel: 202-429-3000
fax: 202-429-3902

ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July 2008, a copy of the foregoing Notice of Appearance was e-filed to all counsel of record.

/s/ *Andrew J. Sloniewsky*
Andrew J. Sloniewsky