IN THE UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. IV) | * | MDL NO. 875 |
| * * * * * * | * * * * * * | |
| ARMANDO A. SAMMARTINO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | DIST. DIV. C.A. NUMBER: DC 1 08-967 |
| AC&R INSULATION CO., INC., *et al.*, | * | |
| Defendants. | * | |
| * * * * * * | * * * * * * | |

**NOTICE OF APPEARANCE**

To the Clerk of this panel:

Please enter the appearance of Robin Silver as counsel for **Defendant, CertainTeed Corporation,** in the above-captioned matter, and as such, authorize receipt of the notifications from the Court for this matter.

/s/ *Robin Silver*
Robin Silver
Federal Bar No.: 03306
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464

**Attorneys for Defendant,
CertainTeed Corporation**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of July, 2008, a copy of the foregoing **Notice of Appearance** was served up on all counsel of record in this matter via electronic submission on ECF system and are available for viewing and downloading in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

/s/ Robin Silver
Robin Silver