UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARMANDO A. SAMMARTINO and THERESE SAMMARTINO, his wife, | : : : | |
| Plaintiffs, | : : | |
| v. | : : : | Civil Action No. 08 0967 RJL |
| AC&R INSULATION CO., INC., et al., | : : | |
| Defendants. | : : | |

**SUGGESTION OF DEATH**

The Clerk of this Court will please be advised that Plaintiff Armando A. Sammartino died on July 29, 2008.

/s/ Daniel A. Brown
Daniel A. Brown
DC Bar No. 444772
BROWN & GOULD, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
Tel: (301) 718-4548
Fax: (301) 718-8037
dbrown@brownandgould.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 30, 2008, a true and correct copy of the foregoing Suggestion of Death was served electronically via the Court's CM/ECF system (or, to the extent such service could not be accomplished because the recipients have not yet registered for e-service, via first class U.S. mail, postage prepaid) to all counsel of record.

                                                  */s/ Daniel A. Brown*
                                                  Daniel A. Brown