UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARMANDO A. SAMMARTINO and THERESE    :
SAMMARTINO, his wife,                        :

           Plaintiffs,                   :

v.                                  :    Civil Action No. 08 0967 RJL

AC&R INSULATION CO., INC., et al.,      :

           Defendants.           :

                                :

## CONSENT MOTION TO SUBSTITUTE PARTIES

Plaintiff, Therese Sammartino, individually, and as personal representative of the estate of Armando A. Sammartino, by and through undersigned counsel, and pursuant to FED.R.CIV.P. 25(a), hereby moves the Court to substitute her as a proper party plaintiff in lieu of Armando A. Sammartino and states as follows:

1. Plaintiff Armando A. Sammartino died on July 29, 2008.

2. Pursuant to D.C. CODE § 12-101 (1981) his claim survives in favor of the legal representative of his estate.

3. On August 1, 2008, Therese Sammartino was appointed personal representative of the estate of Armando A. Sammartino. *See* Letters of Administration, copy attached hereto.

**WHEREFORE**, Plaintiff Therese Sammartino respectfully requests that she be substituted as the proper party plaintiff in this action.

Respectfully submitted,


*/s/ Daniel A. Brown*
Daniel A. Brown
DC Bar No. 444772
BROWN & GOULD, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814
Tel: (301) 718-4548
Fax: (301) 718-8037
dbrown@brownandgould.com
Attorney for Plaintiffs


## POINTS AND AUTHORITIES

1.    FED.R.CIV.P. 25(a)

2.    D.C. CODE § 12-101 (1981)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2008, a true and correct copy of the foregoing Motion to Substitute Parties was served electronically via the Court's CM/ECF system (or, to the extent such service could not be accomplished because the recipients have not yet registered for e-service, via first class U.S. mail, postage prepaid) to all counsel of record.


*/s/ Daniel A. Brown*
Daniel A. Brown


## LCvR 7 (m) STATEMENT

Counsel for Plaintiff sought and obtained the consent of each of the Defendants herein to this motion.



# State of Maryland
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

### Estate No. W59000

I certify that administration of the Estate of

### ARMANDO A. SAMMARTINO

was granted on the ___1st___ day of ___AUGUST, 2008___

to ___THERESE T. SAMMARTINO___

as personal representative(s) and the appointment is in effect

this ___1st___ day of ___AUGUST, 2008___.

☐ Will probated _____
       **(date)**

☐ Intestate estate.

☑ Unprobated Will - Probate Not Required

*Joseph M. Griffin*

JOSEPH M GRIFFIN

**Register of Wills for**

Montgomery County

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW 1107