IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ARMANDO A. SAMMARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AC & R INSULATION CO., INC., *et al.*, <br><br> Defendants. | Civil Action: 1:08-cv-00967-RJL |
|---|---|

# JOINT MEET AND CONFER REPORT[1]

Having met and conferred on July 31, 2008, pursuant to L.Cv.R. 16.3, the parties to this action respectfully submit the following report.

1.     This action centers around allegations of occupational exposure of Armando Sammartino to asbestos-containing products at various job sites throughout the District of Columbia and surrounding area.[2]  Defendants contend that jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to Federal Question under 28 U.S.C. §1331, specifically federal enclave jurisdiction, as well as jurisdiction conferred pursuant to 16 U.S.C. § 457.  Plaintiff contests this jurisdictional allegation and moved to remand the case to the Superior Court.  Plaintiffs' Motion to Remand, Defendant Krafft-Murphy Company's Opposition to Plaintiffs' Motion to Remand, as well as Plaintiff's and Krafft-Murphy's request for oral hearing thereon, remain pending before the Court.

---

[1] This Report is being submitted on behalf of all parties to this action except A.W. Chesterton Company.  At the present time, Counsel for A.W. Chesterton is not a member of the Bar of this Court and, pursuant to L.Cv.R 5.1(e), he may not appear in connection with this submission.

[2] Plaintiff Armando Sammartino died on July 29, 2008.  A suggestion of death was filed with the Court on July 30, 2008.  A Consent Motion to Substitute Therese Sammartino as personal representative, in lieu of Armando Sammartino, was filed on August 5, 2008.

2.  On June 12, 2008, Defendant Krafft-Murphy Company filed a Notice of Tag-Along Action with this Court and mailed a copy to the Clerk of the United States Judicial Panel on Multidistrict Litigation ("MDL Panel"). As a result, on July 21, 2008, the Clerk of the MDL Panel issued Conditional Transfer Order 312 ("CTO-312") conditionally transferring the case to the Asbestos MDL Panel assigned to the Honorable James T. Giles of the United States District Court for the Eastern District of Pennsylvania, pending filing of the CTO-312 with that court. On August 4, 2008, Plaintiff filed a Notice of Opposition to the CTO with the MDL Panel. Due to the current procedural posture if this case, and in appreciation of this Court's valuable time and resources, the parties suggest that no pre-trial schedule be issued at this time.

3.  At present, the parties are unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4.  Due to the current procedural posture of this case, further settlement discussions between the parties are not necessary at this time.

5.  The parties stipulate that they may dispense with the initial disclosures required by Rule 26(a)(1).

6.  All other pretrial matters, including discovery, will likely be moot as a result of the current pending matters listed above. Due to the current procedural posture of this case, the Defendants contend that an initial status conference is not necessary at this time. Plaintiff, however, requests an initial status conference.

Respectfully submitted,


  /s/ *Daniel A. Brown*_____
Daniel A. Brown , Esq. (Bar No. 444772)
Brown & Gould, LLP
7700 Old Georgetown Rd., Suite 500
Bethesda, Maryland 20814
(301) 718-4548
*Attorney for Plaintiff*


  /s/ *Neil J. MacDonald*_____
Neil J. MacDonald, Esq. (Bar. No. 433699)
Hartel, Kane, DeSantis, MacDonald & Howie
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705
*Attorneys for Defendants*
*Krafft-Murphy Company and*
*Baltimore Aircoil Company, Inc.*


  /s/  *Katherine S. Duyer*_____
Katherine S. Duyer, Esq. (Bar No. 381323)
Gavett & Datt, P.C.
15850 Crabbs Branch Way,
Suite 180
Rockville, MD 20855
*Attorneys for Defendant*
*AC&R Insulation Co., Inc.*


  /s/ *Robin Silver*_____
Robin Silver, Esq. (Bar No. 393290)
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202
*Attorneys for CertainTeed Corporation*

  /s/ *Thomas P. Bernier*_____
Thomas P. Bernier, Esq. (Bar No. 02141)
Segal, McCambridge, Singer & Mahoney
One N. Charles Street
Suite 2500
Baltimore, MD 21201
*Attorneys for Defendant*
*Garlock Sealing Technologies, LLC*


  /s/ *Andrew J. Sloniewsky*_____
Andrew J. Sloniewsky, Esq. (Bar No. 440474)
Steptoe & Johnson
1330 Connecticut Avenue, NW
Washington, DC 20036
*Attorneys for Defendant*
*Metropolitan Life Insurance Company*


  /s/ *Scott Phillips*_____
Scott Phillips, Esq. (Bar No. 453192)
Semmes, Bowen & Semmes
Suite 1400
25 South Charles Street
Baltimore, MD 21201
*Attorneys for Defendant*
*Noland Company*


  /s/ *Steven A. Luxton*_____
Steven A. Luxton, Esq. (Bar No. 470468)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Defendant*
*Owens-Illinois, Inc.*


  /s/ *John A. McCauley*_____
John A. McCauley, Esq. (Bar No. 05031)
Venable LLP
210 Allegheny Avenue
Towson, MD 21285
*Attorneys for Defendant*
*Rapid American Corporation*

    /s/ *Jaime W. Luse*_____
Jaime W. Luse, Esq. (Bar No. 501944)
Tydings & Rosenberg LLP
100 E. Pratt Street
26th Floor
Baltimore, MD 21202
*Attorneys for Thos. Somerville Co.*


  /s/ *Richard Flax*_____
Richard Flax, Esq. (Bar No. 419229)
29 W. Susquehanna Avenue
Suite 500
Baltimore, MD 21204
*Attorneys for Defendant*
*Walter E. Campbell Co.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2008, a true and correct copy of the foregoing Joint Meet and Confer Report was served electronically via the Court's CM/ECF system (or, to the extent such service could not be accomplished because the recipients have not yet registered for e-service, via first class U.S. mail, postage prepaid) to all counsel of record.

    */s/ Daniel A. Brown*
    Daniel A. Brown